# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 1158

VERSUS

DAMIAN JOSEPH CANTRELLE

**MAY 1, 2024**

---

In Re: Damian Joseph Cantrelle, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 857751.

---

**BEFORE: McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED IN PART AND GRANTED IN PART.** Relator's conviction for domestic abuse battery is affirmed, but his sentence is vacated. This matter is remanded to the trial court to comply with the Domestic Violence Prevention Firearm Transfer Provisions, La. Code Crim. P. arts 1001 et seq., and to impose the community service requirements under La. R.S. 14:35.3(C)(2), which requires that relator perform a minimum of eight, eight-hour days of community service activities.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
FOR THE COURT